IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZULQAR NAIN ISHAQ,<br>15512 Banjo Court<br>Woodbridge, VA 22193<br><br>    Plaintiff<br>v.<br><br>JOHN LAWRENCE HINTON,<br>805 Mary Street<br>Wildwood, FL 34785<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Petitioner/Defendant, John Lawrence Hinton, by his undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, file this Notice of Removal of this action from the Superior Court for the District of Columbia, Washington, DC, in which it is now pending, to the United States District Court for the District of Columbia, and in support thereof respectfully avers as follows:

1.    Petitioner has been named as Defendant in a suit filed in the Superior Court for the District of Columbia, Case No.: 14-0002369. The suit was originally filed on April 17, 2014, and Petitioner/Defendant John Lawrence Hinton was originally served on April 25, 2014.

2.    That Defendant, John Lawrence Hinton is a resident of the State of Florida.

3.    That Plaintiff, Zulquar Nain Ishaq is a resident of Virginia.

4.    The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioners seek to remove this action to this Court under Title 28 U.S.C. §1441.

5.    Filed herewith are copies of the Writ of Summons to John Lawrence Hinton (Exhibit A), Complaint and Demand for Jury Trial (Exhibit B), Plaintiff's Information Sheet

1

(Exhibit C), and Defendant's Answer to the Complaint (Exhibit D).

6. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of the Petitioner.

7. Petitioner is entitled to removal because there is complete diversity of citizenship between the Plaintiff and the Defendant and the amount in controversy exceeds $75,000. Plaintiff, Zulquar Nain Ishaq is a resident of Virginia. The Defendant, John Lawrence Hinton is a resident of the State of Florida. Plaintiff's Complaint seeks judgment in the amount of $500,000.

WHEREFORE, Petitioner/Defendant, John Lawrence Hinton, respectfully request that the above-entitled action be removed from the Superior Court for the District of Columbia, Washington, DC to the United States District Court for the District of Columbia.

Respectfully submitted,

Cynthia M. Weisz
DC Federal Bar No.: MD29391
Franklin & Prokopik
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3625
(410) 752-6868 (fax)
cweisz@fandpnet.com
*Attorney for Petitioner/Defendant,*
*John Lawrence Hinton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2014, a copy of the foregoing Notice of Removal was sent by first class mail, to:

Douglas R. Stevens, 343178
Thomas G. Magalski, 457589
3158 O Street, N.W.
Washington, D.C. 2007
202-337-3800
*Attorneys for Plaintiff*

Cynthia M. Weisz
DC Federal Bar No.: MD29391
Franklin & Prokopik
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3625
(410) 752-6868 (fax)
cweisz@fandpnet.com
*Attorney for Petitioner/Defendant,
John Lawrence Hinton*